### MALACHI POWELL v. THE PEOPLE.

*Payment of penalty precludes review on certiorari.*

*Certiorari* will not lie to bring up proceedings for the collection of a penalty under a municipal ordinance if the penalty has been paid.

Certiorari to the Recorder's Court of Detroit.   Submitted Oct. 13.   Decided Oct. 19.

COMPLAINT for keeping a disorderly saloon.   Respondent was fined $100 and $13 costs.   Writ quashed.

*Chas. E. Miller* for plaintiff in *certiorari.*

City Attorney *F. G. Russell* and City Counselor *H. M. Duffield* for defendant in *certiorari.*

MARSTON, C. J.   The respondent was convicted in the Recorder's Court of Detroit for violating an ordinance and a penalty was imposed which was paid.   The payment of the penalty renders wholly immaterial the questions raised and the writ must be quashed as having been improvidently granted.

The other Justices concurred.